```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 37339
   JOHN BIAS
   MARJORIE BIAS                               CHAPTER 13

                                               JUDGE: A BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-1082    SSN XXX-XX-1587

----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
      The case was filed on 10/07/2004 and was confirmed 12/14/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 09/11/2007.
----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
----------------------------------------------------------------------
NUVELL CREDIT CO LLC       SECURED           10800.00         729.10      10800.00
OCWEN LOAN SERVICING LLC   CURRENT MORTG     39417.40            .00      39417.40
OCWEN LOAN SERVICING LLC   MORTGAGE ARRE      6369.25            .00       6369.25
CAPITAL ONE                UNSECURED        NOT FILED            .00            .00
CHECK N GO                 UNSECURED           841.24            .00        841.24
CHECK N GO                 UNSECURED        NOT FILED            .00            .00
EVANSTON NORTHWESTERN HE   UNSECURED        NOT FILED            .00            .00
EVANSTON NW HEALTHCARE     UNSECURED        NOT FILED            .00            .00
WOLPOFF & ABRAMSON LLP     UNSECURED          1036.69            .00       1036.69
ORCHARD BANK               UNSECURED        NOT FILED            .00            .00
PAYDAY LOAN STORE          UNSECURED        NOT FILED            .00            .00
PAYDAY LOAN STORE          UNSECURED        NOT FILED            .00            .00
PROVIDIAN                  UNSECURED        NOT FILED            .00            .00
UNITED STUDENT AID FUNDS   UNSECURED         13885.45            .00      13885.45
TARGET                     UNSECURED        NOT FILED            .00            .00
PREMIER BANCARD CHARTER    UNSECURED           506.86            .00        506.86
TX COLLECT                 UNSECURED           567.97            .00        567.97
FIRST CONSUMERS NB         UNSECURED           940.04            .00        940.04
NATIONAL CAPITAL MGMT LL   UNSECURED           477.55            .00        477.55
NUVELL CREDIT CO LLC       UNSECURED          8420.72            .00       1370.70
PETER FRANCIS GERACI       DEBTOR ATTY        2,700.00                     2,700.00
TOM VAUGHN                 TRUSTEE                                         3,982.05
DEBTOR REFUND              REFUND                                          2,435.25

      Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                    86,059.55

PRIORITY                                              .00
SECURED                                         56,586.65

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 37339 JOHN BIAS & MARJORIE BIAS
```

```
      INTEREST                                              729.10
UNSECURED                                                19,626.50
ADMINISTRATIVE                                            2,700.00
TRUSTEE COMPENSATION                                      3,982.05
DEBTOR REFUND                                             2,435.25
                                     ----------------  ----------------
TOTALS                                     86,059.55          86,059.55
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
    Dated: 12/27/07              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```

                          PAGE   2
        CASE NO. 04 B 37339 JOHN BIAS & MARJORIE BIAS